IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHEOUS E. GORDON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FRESNO COUNTY JAIL, et al.,<br><br>　　　　Defendants.<br>_____/ | 1:07-cv-01480-OWW-WMW (PC)<br><br>FINDINGS AND RECOMMENDATION TO DISMISS CASE FOR PLAINTIFF'S FAILURE TO PROSECUTE |

　　　　Plaintiff is a federal prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. section 1983.

　　　　On November 29, 2007, the court issued new case documents, and Order to submit application to proceed in forma pauperis. The court served the documents on plaintiff. On December 26, 2007, the order and new case documents served on plaintiff was returned by the U.S. Postal Service as undeliverable.

　　　　Pursuant to Local Rule 83-183(b), a party appearing in propria persona is required to keep the court apprised of his or her current address at all times. Local Rule 83-183(b) provides, in pertinent part:

-1-

1  /////

2           If mail directed to a plaintiff <u>in propria
3           persona</u> by the Clerk is returned by the U.S.
         Postal Service, and if such plaintiff fails
         to notify the Court and opposing parties
4           within sixty (60) days thereafter of a
         current address, the Court may dismiss the
5           action without prejudice for failure to
         prosecute.
6

7  In the instant case, sixty days have passed since plaintiff's
8  mail was returned and he has not notified the court of a current
9  address.

10           In determining whether to dismiss an action for lack of
11  prosecution, the court must consider several factors: (1) the
12  public's interest in expeditious resolution of litigation; (2)
13  the court's need to manage its docket; (3) the risk of prejudice
14  to the defendants; (4) the public policy favoring disposition of
15  cases on their merits; and (5) the availability of less drastic
16  sanctions. <u>Henderson v. Duncan</u>, 779 F.2d 1421, 1423 (9th Cir.
17  1986); <u>Carey v. King</u>, 856 F.2d 1439 (9th Cir. 1988).  The court
18  finds that the public's interest in expeditiously resolving this
19  litigation and the court's interest in managing the docket weigh
20  in favor of dismissal, as this case has been pending since
21  October 12, 2007.  The court cannot hold this case in abeyance
22  indefinitely based on plaintiff's failure to notify the court of
23  his address.  The third factor, risk of prejudice to defendants,
24  also weighs in favor of dismissal, since a presumption of injury
25  arises from the occurrence of unreasonable delay in prosecuting
26  an action.  <u>Anderson v. Air West</u>, 542 F.2d 522, 524 (9th Cir.
27  1976).  The fourth factor -- public policy favoring disposition
28  of cases on their merits -- is greatly outweighed by the factors

in favor of dismissal discussed herein.  Finally, given the court's inability to communicate with plaintiff based on plaintiff's failure to keep the court apprised of his current address, no lesser sanction is feasible.

**RECOMMENDATION**

Accordingly, the court HEREBY RECOMMENDS that this action be dismissed for plaintiff's failure to prosecute.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within thirty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any reply to the objections shall be served and filed within ten days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:    **January 15, 2008**              **/s/  William M. Wunderlich**
                                        UNITED STATES MAGISTRATE JUDGE

-3-