IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALPHEOUS GORDON, aka
ORVILLE OWENS,

        Plaintiff,          CV F 07 1480 OWW WMW PC

    vs.               ORDER RE MOTION (DOC 10)

FRESNO COUNTY JAIL, et al.,

        Defendants.

       Plaintiff is a federal prisoner proceeding pro se in a civil rights action against defendant Fresno County Jail and officials of the Fresno County Sheriff's Department.

       On October 16, 2007, an order was entered, directing Plaintiff to submit an application to proceed in forma pauperis within thirty days.  That order was returned as undeliverable by the U.S. Postal Service.  On January 16, 2008, findings and recommendations were entered, recommending that this action be dismissed.  In the intervening period, Plaintiff filed a notice of change of address in another case, indicating that he is now housed at the U.S. Penitentiary in Florence, Colorado.

       On February 11, 2008, Plaintiff filed a document titled as a motion to reconsider. Plaintiff seeks to  remove the Clerk of Court from this case.  Such a motion is without merit.

1   The Clerk of Court has no direct involvement in this case.   Plaintiff's motion should therefore be

2   denied.

3          Accordingly, IT IS HEREBY ORDERED that:

4          1.  The January 16, 2008, recommendation of dismissal is vacated.

5          2.  Plaintiff's motion titled as a motion to reconsider is denied.

6          3.  Plaintiff is granted an extension of time of thirty days from the date of service of this

7   order in which to file an application to proceed in forma pauperis.

8

9   IT IS SO ORDERED.

10  **Dated:    February 19, 2008**                     /s/  **William M. Wunderlich**
                                                UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26