IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALPHEOUS GORDON, aka
ORVILLE OWENS,

              Plaintiff,             1: 07 CV 1480  AWI WMW PC

       vs.                   ORDER RE MOTION (DOC 21)

FRESNO COUNTY JAIL, et al.,

              Defendants.

       Plaintiff has filed a motion for leave to file an amended complaint.  On September 8, 2008, Plaintiff lodged a proposed amended complaint.  On July 15, 2008, a recommendation of dismissal was entered.  The recommendations was based on the June 12, 2008, order dismissing the complaint and granting Plaintiff leave to file an amended complaint.

       Accordingly, IT IS HEREBY ORDERED that:

       1. Plaintiff's motion for leave to file an amended complaint is granted.

       2. The Clerk's Office is directed to file the amended complaint lodged with the court on September 8, 2008.

       3. The July 15, 2008, findings and recommendations are vacated.

IT IS SO ORDERED.

**Dated:**   **September 12, 2008**             **/s/  William M. Wunderlich**

1

1     UNITED STATES MAGISTRATE JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26