# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ALPHEOUS E. GORDON,

        Plaintiff,

   v.

FRESNO COUNTY JAIL, et al.,

        Defendants.

_____/

CASE NO.    1:07-cv-1480-OWW-MJS (PC)

ORDER DENYING MOTION REGARDING RULING

(ECF No. 38)

Plaintiff Alpheous Gordon ("Plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On September 23, 2009, the Court dismissed Plaintiff's complaint for failure to state a claim upon which relief could be granted. (ECF No. 35.)  Judgment was entered against Plaintiff and the case was closed.  (ECF No. 36.)

On January 19, 2010, Plaintiff filed a "motion."  The body of the motion states, in its entirety: "Motion, Requesting for this Court legal mails!  To Be mail special mail, open only in the presence of inmate!.  Issues, these documents, as remove, from my filng & cell.  Motion, requesting for the ruling!  Why both case, state, and fed, was dined!  By these courts, thank you!"  (ECF No. 38.)

The Court cannot discern what relief Plaintiff seeks.  The Court reiterates that the above-captioned case is closed and that judgment has been entered against the Plaintiff.  Accordingly, Plaintiff's "motion" is DENIED.

IT IS SO ORDERED.

**Dated:   September 9, 2010**          _____/s/ Oliver W. Wanger_____
UNITED STATES DISTRICT JUDGE