# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHEOUS E. GORDON, | CASE NO. 1:07-cv-01480-OWW-MJS (PC) |
| Plaintiff, | |
| v. | ORDER DENYING MOTION TO REOPEN |
| FRESNO COUNTY JAIL, et al., | (ECF No. 40) |
| Defendants. | |

Plaintiff Alpheous E. Gordon ("Plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 23, 2009, the Court dismissed Plaintiff's Complaint for failure to state a claim upon which relief could be granted. (ECF No. 35.) Judgment was entered against Plaintiff and the case was closed. (ECF No. 36.)

On August 10, 2010, Plaintiff filed a motion. The body of the motion states, in its entirety: "Motion Requesting for the [forms, Too Reopen, this Civil Action, case number 1:07-cv-01480-OWW-YNP-SMS-PC]. Motion, Requesting fore the Forms, to Refile! this Civil Action,. with Respect, to this, court,. of Fresno California,." (ECF No. 40.)

1

The Court cannot discern precisely what relief Plaintiff is seeking. To the extent he seeks copies of form pleadings to use in reopening his case, no such forms exist. Assuming his ultimate goal is to have the action reopened, he has already filed a motion for reconsideration and it was denied; the case is closed. (ECF Nos. 37 & 39.)

The above-captioned case having been closed and judgment having been entered against Plaintiff, Plaintiff's motion is DENIED.

IT IS SO ORDERED.

IT IS SO ORDERED.

**Dated:   December 22, 2010**             /s/ Oliver W. Wanger
                                                             UNITED STATES DISTRICT JUDGE